UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE ROBINSON, JR.

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 09-1060-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 13, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (R.Doc.1) filed by Willie Robinson, Jr. is not dismissed as procedurally barred. The State of Louisiana (through the District Attorney for the 20th Judicial District) is ordered to file a response to the merits of the claims contained in Robinson's habeas petition. It is further ordered that the "Motion for Contempt and of Relief Sought by the Petitioner Habeas Corpus" (R.Doc. 10) is denied as moot.

Baton Rouge, Louisiana, July   /   , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA