UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE ROBINSON, JR.

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 09-1060-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 4, 2010 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Willie Robinson, Jr. shall be **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, November 1, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT COURT